

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00273-CV

IN THE INTEREST OF Z.R., A CHILD

§ On Appeal from the 211th District Court

§ of Denton County (20-2590-211)

§ October 1, 2020

§ Memorandum Opinion by Justice Gabriel

## JUDGMENT

This court has considered the operative documents in this case and holds that the attempted appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel